1  Lawrence P. Riff (SBN 104826)
   Jay E. Smith (SBN 162832)
2  Sonia O. Williams (SBN 220069)
   **STEPTOE & JOHNSON LLP**
3  633 West Fifth Street, Suite 700
   Los Angeles, CA 90071
4  Telephone:  (213) 439-9400
   Facsimile:   (213) 439-9599
5
   Attorneys for Defendant
6  ALIANT INC.

7

8                  **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10

11  EXIGEN, LTD., a Bermuda corporation.,           )   Case No.:  C 04-1203 TEH (ARB)
                                                    )
12              Plaintiff,                          )   **STIPULATION AND ~~[PROPOSED]~~**
                                                    )   **ORDER TO CONTINUE THE OCTOBER**
13                                                  )   **31, 2005 CASE MANAGEMENT**
                                                    )   **CONFERENCE AND HEARING ON**
14                                                  )   **ALIANT INC.'S MOTION TO DISMISS**
                                                    )
15        vs.                                       )
                                                    )   Courtroom:    12
16                                                  )   Hon. Thelton E. Henderson
                                                    )
17                                                  )
                                                    )
18  ALIANT TELECOM INC., a Canadian                 )
    corporation; ALIANT INC., a Canadian            )
19  corporation; DOES 1-100, inclusive,             )
                                                    )
20              Defendants.                         )
                                                    )
21                                                  )
                                                    )
22  _____         )

23

24        WHEREAS, the principal decision makers of defendant Aliant Inc. and plaintiff Exigen,

25  Ltd. are currently engaged in substantive settlement discussions;

26        WHEREAS, the parties have a good faith belief that the parties may reach a settlement;

27  and

28

_____

1    WHEREAS, the parties believe that postponing briefly the October 31, 2005 Case

2    Management Conference and hearing on Aliant's Motion to Dismiss Based on Forum Non

3    Conveniens will be conducive to the settlement process;

4    NOW, THEREFORE, the parties - by and through their respective counsel of record -

5    agree to and respectfully request that the Court continue the Case Management Conference and

6    hearing on Aliant's Motion to Dismiss to November 28, 2005 at 10:00 a.m.

7

8    Dated:   October 27, 2005                    O'MELVENY & MYERS LLP

9

10                                               By _____

11                                                  Carla J. Christofferson
                                                    Dale M. Edmondson
12                                                  Joshua D. Baker

13                                               Attorneys for Plaintiff EXIGEN, LTD.

14

15   Dated:   October 27, 2005

16                                               STEPTOE & JOHNSON LLP

17

18                                               By: _____
                                                    Lawrence P. Riff
19                                                  Jay E. Smith
                                                    Sonia O. Williams
20                                               Attorneys for Defendant ALIANT INC.

21

22

23   PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25                                               _____

26                                               Hon. Thelton E. Henderson
                                                 United States District Judge      10/27/05
27

28

---

2

**STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND HEARING ON MOTION TO DISMISS
CASE NO. C 04-1203 THE (ARB)**

DOC. #143882 V.1