Lawrence P. Riff (SBN 104826)
Jay E. Smith (SBN 162832)
Sonia O. Williams (SBN 220069)
**STEPTOE & JOHNSON LLP**
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
Telephone:  (213) 439-9400
Facsimile:    (213) 439-9599

Attorneys for Defendant
ALIANT INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXIGEN, LTD., a Bermuda corporation., | Case No.:  C 04-1203 TEH (ARB) |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE THE NOVEMBER 28, 2005 CASE MANAGEMENT CONFERENCE AND HEARING ON ALIANT INC.'S MOTION TO DISMISS |
| vs. | |
| | Courtroom:    12<br>Hon. Thelton E. Henderson |
| ALIANT TELECOM INC., a Canadian corporation; ALIANT INC., a Canadian corporation; DOES 1-100, inclusive, | |
| Defendants. | |

WHEREAS, defendant Aliant Inc. and plaintiff Exigen, Ltd. are in the final stages of settlement in that the parties have signed a Term Sheet and exchanged drafts of the Settlement Agreement;

---

1

**STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND HEARING ON MOTION TO DISMISS
CASE NO. C 04-1203 THE (ARB)**

DOC. #143882 V.1

1  NOW, THEREFORE, the parties - by and through their respective counsel of record - agree to and respectfully request that the Court continue the Case Management Conference and hearing on Aliant's Motion to Dismiss to January 9, 2006 at 10:00 a.m.
No further extensions will be granted.

Dated:   November __, 2005         O'MELVENY & MYERS LLP


By _____
   Carla J. Christofferson
   Dale M. Edmondson
   Joshua D. Baker

Attorneys for Plaintiff EXIGEN, LTD.


Dated:   November 15, 2005         STEPTOE & JOHNSON, LLP


By: _____
   Lawrence P. Riff
   Jay E. Smith
   Sonia O. Williams
Attorneys for Defendant ALIANT INC.


PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
Hon. Thelton E. Henderson
United States District Judge     11/22/05