CARLA J. CHRISTOFFERSON (S.B. #161111)
DALE M. EDMONDSON (S.B. #189793)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA  94025-7019
Telephone:     (650) 473-2600
Facsimile:      (650) 473-2601
   cchristofferson@omm.com
   dedmondson@omm.com

Attorneys for Plaintiff
EXIGEN, LTD.


LAWRENCE P. RIFF (S.B. #104826)
JAY E. SMITH (S.B. #162832)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Suite 700
Los Angeles, CA 90071
Telephone:     (213) 439-9400
Facsimile:      (213) 439-9599
   lriff@steptoe.com
   jsmith@steptoe.com

Attorneys for Defendants
ALIANT TELECOM INC. and ALIANT INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EXIGEN, LTD.**, a Bermuda corporation,<br><br>                   Plaintiff,<br><br>     v.<br><br>**ALIANT TELECOM, INC.**, a Canadian corporation; **ALIANT, INC.**, a Canadian corporation; **DOES 1-10**, inclusive,<br><br>                   Defendants. | Case No. C 04-1203 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Hearing Date:  January 9, 2006<br>Time:  10:00 a.m.<br>Courtroom: 12 (19th floor)<br>Judge:  Hon. Thelton E. Henderson |

1   IT IS HEREBY STIPULATED by and between the parties to the above-captioned action,
2   through their attorneys of record herein, that this entire action by plaintiff Exigen, Ltd. be
3   dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.
4       Each of the parties agrees to bear all of its own costs and attorneys fees.
5       The parties agree that this Court shall retain jurisdiction for the limited purpose of
6   enforcing the settlement agreement between the parties underlying this stipulation of dismissal.
7       The parties state that material consideration for their entering into this stipulation, in
8   accordance with the settlement agreement among the parties, is the parties' dismissal with
9   prejudice of the entire action captioned Aliant Telecom Inc., Telecommunications Aliant Inc.,
10  Aliant Inc., xwave solutions inc. and Innovatia Inc. v. Exigen Ltd. and Exigen (Canada) Inc.,
11  Case no. S/C/363/2004, presently pending in the Trial Division in the Court of Queen's Bench of
12  New Brunswick, Judicial District of Saint John.
13  **NOW, THEREFORE, THE PARTIES HEREBY RESPECTFULLY REQUEST**
14  **THAT THE COURT ENTER AN ORDER DISMISSING THE ABOVE-CAPTIONED**
15  **ACTION WITH PREJUDICE.**

16  Dated: January 4, 2006                O'MELVENY & MYERS LLP

18                                        By: _____/s/_____
                                              Carla J. Christofferson
                                          Attorneys for Plaintiff
19                                        EXIGEN, LTD.

21  Dated: January 4, 2006                STEPTOE & JOHNSON LLP

22                                        By: _____/s/_____
                                              Jay E. Smith
23                                        Attorneys for Defendants
                                          ALIANT TELECOM INC. and ALIANT INC.

- 1 -                                 STIPULATION & [PROPOSED] ORDER
                                      DISMISSING ACTION    C 04-12033 TEH

Doc. #142293 v.1

1  I, Joshua D. Baker, am the ECF User whose ID and password are being used to file this
2  Stipulation and [Proposed] Order Dismissing Action. In compliance with General Order 45,
3  X.B., I hereby attest that Carla J. Christofferson and Jay E. Smith have concurred in this filing.

4  Dated: January 4, 2006                                    O'MELVENY & MYERS LLP

6                                                            By:          /s/
                                                                  Joshua D. Baker
7                                                            Attorneys for Plaintiff
                                                             EXIGEN, LTD.

9                  *                          *                          *
10  **IT IS SO ORDERED.**

11  Dated:    01/04/06                        By:
12                                                                 Henderson
13                                                              DISTRICT JUDGE

*Judge Thelton E. Henderson*